*People v. Tribelhorn,* 171 App. Div. 952, affirmed.
(Argued March 10, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1916, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of keeping a disorderly house in violation of section 1146 of the Penal Law.

*William S. Gordon* and *Julian T. Abeles* for appellant.
*Edward Swann,* District Attorney (*Don Carlos Buell* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.

---

DWIGHT H. MURRAY, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.

*Murray v. N. Y. Telephone Co.,* 170 App. Div. 17, affirmed.
(Argued March 10, 1919; decided April 8, 1919.)

APPEAL from a judgment entered March 3, 1916, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was in equity, to regulate the charge to be made by the defendant for service and the kind of service to be furnished to plaintiff over defendant's telephone lines in the city of Syracuse. Plaintiff contended that by the terms of the franchise granted to defendant's predecessor it was restricted to a charge of forty-eight dollars a year for single-party "direct line business service."

*Walter W. Magee* and *Stewart F. Hancock,* Corporation Counsel (*Ray B. Smith* and *William Rubin* of counsel), for appellant.

*William Nottingham, Charles T. Russell* and *Robert F. Janes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ. Not sitting: HISCOCK, Ch. J., and ANDREWS, J.